The document below is hereby signed.

Signed: September 16, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| DEREK K BROWN, | ) | Case No. 09-01030 |
| | ) | (Chapter 13) |
| Debtor. | ) | Not for Publication in |
| | ) | West's Bankruptcy Reporter |

MEMORANDUM DECISION SUPPLEMENTING ORAL
<u>DECISION RE OBJECTION TO CLAIM OF JANICE FRANKLIN</u>

The oral decision of September 16, 2010, regarding the claim of Janice Franklin is supplemented as follows.  Franklin advanced one additional sum to the debtor that was not addressed in the oral decision, namely, $300.00 for the purpose of covering travel expenses that were to be incurred in the debtor's and Franklin's agreement to pursue real estate investments in Pittsburgh, Pennsylvania.  The debtor's testimony at trial was that sums advanced to him by way of establishing a joint bank account and by way of other advances were all gifts, and not for the purpose of pursuing real estate investments.  I found that testimony not credible.  It may be inferred that the $300.00 was not used for the purpose for which that sum was advanced, namely, the joint pursuit of real estate investments.  It follows that Franklin has

a valid claim for this additional $300.00 as well.  In the exercise of the court's discretion, prepetition interest will not be allowed as to this relatively small sum.  An order follows, adjudicating the objection to Franklin's claim, based on the court's oral decision as supplemented by this decision.

[Signed and dated above.]

Copies to:

Brian Williams, Esq.
6475 New Hampshire Avenue, Suite 205
Hyattsville, MD 20783
[Counsel for Debtor]

Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd St NW, Suite 211
Washington, DC, 20016

Janice Franklin
10801 Enfield Drive, Unit 109
Woodstock, MD 21162